UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. HALL, et al.,<br><br>　　　　　Defendants. | NO. EDCV 13-1948-JVS (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, defendants' motion to dismiss the Complaint ("Motion"), all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Motion is granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; (2) the Complaint is dismissed without leave to amend; and (3) Judgment shall be entered dismissing this action with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 21, 2015

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE