# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. HERNANDEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>D. HALL, et al.,<br><br>              Defendants. | NO. EDCV 13-1948-JVS (MAN)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 21, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE